In the Matter of S. Simpson Gray, an Attorney, Respondent. Grievance Committee for the Ninth Judicial District, Petitioner.

Second Department, December 30, 1985

## APPEARANCES OF COUNSEL

*Gary L. Casella (Eugene Allen Schlanger* of counsel), for petitioner.

*S. Simpson Gray,* respondent *pro se.*

## OPINION OF THE COURT

Per Curiam.

The respondent was admitted to practice by this court on November 14, 1979.

On September 11, 1985, respondent was found guilty, after a nonjury trial in the Supreme Court, Westchester County, of three counts of grand larceny in the second degree, all class D felonies (Penal Law § 155.35). On October 9, 1985 respondent was sentenced to five years' probation, with the condition that he make restitution and perform 2,000 hours of community service.

Pursuant to Judiciary Law § 90 (4), respondent ceased to be an attorney and counselor-at-law in this State upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. Respondent is disbarred and it is directed that the respondent's name be stricken from the roll of attorneys and counselors-at-law forthwith.

MOLLEN, P. J., MANGANO, GIBBONS, THOMPSON and BROWN, JJ., concur.